UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
R&D Circuits, Inc.,                      :    Honorable Madeline Cox Arleo
                                         :    Civil Action No. 11-172 (SDW)
      Plaintiff,                         :
                                         :
      v.                                 :    **REPORT AND RECOMMENDATION**
                                         :
CONECTFLEX TECHNOLOGIES, LLC,            :
et al.,                                  :
                                         :
      Defendants.                        :
_____   :

**THIS MATTER** having come before the Court upon the motion of plaintiff, R&D Circuits, Inc. (Plaintiff") to remand the pending action to state court (Docket Entry 6) upon notice to defendants, ConectFlex Technologies, LLC and Maurice Bailey (collectively "Defendants"), and the Court having considered the papers submitted in support of and in opposition to the remand motion and having heard the argument of the parties, and for the reasons set forth on the record on April 4, 2011, and for good cause shown;

**IT IS on this 4th day of April 2011,**

**RECOMMENDED THAT** Plaintiff's motion to remand this action to the Superior Court of New Jersey, Law Division, Middlesex County, (Docket Entry 6), be **DENIED**.

The parties have fourteen (14) days from the date hereof to file objections.


                                              *s/Madeline Cox Arleo*
                                              MADELINE COX ARLEO
                                              United States Magistrate Judge

cc: Hon. Susan D. Wigenton, U.S.D.J.
     Clerk of the Court
     All Parties
     File