NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| R&D CIRCUITS, INC., | : | |
| Plaintiff, | : | Civil Action No. 11-172 (SDW) |
| v. | : | |
| | : | **ORDER** |
| CONECTFLEX TECHNOLOGIES, LLC, et al., | : | |
| | : | May 10, 2011 |
| Defendants. | : | |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline Cox Arleo ("Magistrate Judge Arleo"), filed on April 4, 2011. In the R&R, Magistrate Judge Arleo incorporates the reasons set forth on the record in the April 4, 2011 oral argument before her Honor. No objections have been filed to the R&R.

The Court has reviewed the R&R and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

It is hereby **ORDERED** that the R&R of Magistrate Judge Arleo, filed April 4, 2011, incorporating the reasons set forth on the record on April 4, 2011, is **ADOPTED** as the conclusions of law of this Court.

Plaintiff R&D Circuits, Inc.'s motion to remand this action to the Superior Court of New

Jersey, Law Division, Middlesex County is **DENIED**.

    **SO ORDERED.**

                                                s/Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Judge Arleo
        Parties